

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2020

No. 04-19-00880-CV

**EW WELLS GROUP, LLC.,**
Appellant

v.

**FONG SINN CONSTRUCTION, LLC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI11489
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Brief is GRANTED. The appellant's brief is due on February 27, 2020.

Entered this 13th day of February, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court